2008R00295
MP/dc

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>GERGES HANNA<br><br>*Defendant.* | Hon. Susan D. Wigenton, U.S.D.J.<br><br>Criminal No. 10-354<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on May 19, 2010, an Information was filed charging Gerges Hanna ("Defendant") with conspiracy to traffic in counterfeit goods, specifically women's handbags, contrary to 18 U.S.C. § 2320, in violation of 18 U.S.C. § 371; and

**WHEREAS,** on May 19, 2010, Gerges Hanna pled guilty to the Information; and

**WHEREAS**, pursuant to 18 U.S.C. § 2323, a person convicted of an offense in violation of 18 U.S.C. § 2320 shall forfeit to the United States any article, the making or trafficking of which is, prohibited under 18 U.S.C. § 2320; any property used, or intended to be used, in any manner or part to commit or facilitate the commission of such offense; and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of such offense; and

**WHEREAS,** on January 4, 2011, a Preliminary Order of Forfeiture was entered pursuant to 18 U.S.C. § 2323 for the forfeiture of the following property:

    a.    All counterfeit raw material and completed counterfeit items, seized on or about May 11, 2009, including but not limited to handbags, rolls of fabric/material, and sample sneakers and jeans;

    b.    Approximately seventy-two stamps/embossers;

    c.    One sewing machine;

    d.    Two stamp press machines; and

    e.    One Compaq Presario computer

(collectively the "Property"), as property prohibited under 18 U.S.C. § 2320; property used, or intended to be used, in any manner or part to commit or facilitate the commission of such offense; and property constituting or derived from any proceeds obtained directly or indirectly as a result of his offense in violation of 18 U.S.C. § 2320, as set forth in the Information; and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on January 23, 2011 and running for thirty consecutive days through February 21, 2011 (*see* Exhibit A to the Declaration of Marion Percell with Exhibit); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against the following property:

    a.    All counterfeit raw material and completed counterfeit items, seized on or about May 11, 2009, including but not limited to handbags, rolls of fabric/material, and sample sneakers and jeans;

    b.    Approximately seventy-two stamps/embossers;

    c.    One sewing machine;

    d.    Two stamp press machines; and

    e.    One Compaq Presario computer,

and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Department of Homeland Security, Immigration and Customs Enforcement's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Department of Homeland Security, Immigration and Customs Enforcement into the Department of the Treasury Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 11th day of July, 2011.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge