PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Gerges Hanna                                     Cr.: 2:10 CR 354-1
                                                                   PACTS #: 55357

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton
                                     United States District Judge

Date of Original Sentence: January 5, 2011

Original Offense: Conspiracy to Traffic in Counterfeit Goods.

Original Sentence: Imprisonment - 6 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $5,000.00

Type of Supervision: Supervised Release            Date Supervision Commenced: August 5, 2011

## STATUS REPORT

U.S. Probation Officer Action:

On January 5, 2011, the offender was sentenced by Your Honor to six months imprisonment to be followed by three years supervised release. The following special conditions were imposed: Location monitoring program - 6 months, cooperation with Immigration and Customs Enforcement, no new debt/credit, self-employment/business disclosure, and substance abuse testing. He was also ordered to pay a $100 special assessment and $5,000.00 in restitution.

Mr. Hanna currently resides in South Hackensack, New Jersey. He has been employed by Europe Limousine Service since March 1, 2012. We believe that Mr. Hanna has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $4,645.00 toward his restitution obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Hanna's term of supervision to expire as scheduled on August 4, 2014.

Respectfully submitted,

Barbara R. Kerrigan
Supervising U.S. Probation Officer
Date: July 16, 2014

PROB 12A - Page 2
Gerges Hanna

[X] Concur with the Recommendation of the U.S. Probation Office. Supervision to Expire on August 4, 2014.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

July 22, 2014
_____
Date